**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-23-00235-CR**
_____

**RICKY WAYNE BECKETT, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court**
**Jefferson County, Texas**
**Trial Cause No. F21-38414**

**MEMORANDUM OPINION**

On November 2, 2022, the trial court sentenced Ricky Wayne Beckett on an indictment for aggravated assault with a deadly weapon. On July 10, 2023, Beckett, acting pro se, filed a notice of appeal.

The District Clerk then sent Becket's notice of appeal and the trial court's certification to the Ninth Court of Appeals. The trial court's certification shows that Beckett waived his right of appeal, that this is a plea-bargain case, and that Beckett has no right to appeal.

1

On July 17, 2023, we notified the parties that we would dismiss the appeal unless the appellant established the trial court's certification was incorrect. None of the parties responded to the Court's notice. Because the record lacks a certification that shows Beckett has the right of appeal, we dismiss the appeal.[1]

APPEAL DISMISSED.

PER CURIAM

Submitted on August 29, 2023
Opinion Delivered August 30, 2023
Do Not Publish

Before Golemon, C.J., Horton and Wright, JJ.

---

[1] *See* Tex. R. App. P. 25.2(d), 43.2(f). We also note that it appears that Beckett filed a notice too late to perfect an appeal. See id. 26.2, 26.3.